**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, #P77770,<br><br>    Plaintiff,<br><br>  v.<br><br>D. ASUNCION, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-02437 CRB (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Docket #31) |

Good cause appearing, plaintiff's request for an extension of time to file a second amended complaint is GRANTED. Plaintiff shall file an amended complaint by no later than March 31, 2014.

No further extensions of time will be granted.

The clerk shall terminate the motion in docket number 31.

SO ORDERED.

DATED: March 11, 2013

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Sloan, J.13-2437.eot.sac.wpd