United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JOHNNY LEE SLOAN,

        Plaintiff,

    v.

D. ASUNCION, et al.,

        Defendants.

_____/

No. 3:13-CV-2437 CRB  (NJV)

ORDER AND WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JOHNNY LEE SLOAN, inmate no. P77770, presently in custody at High Desert State Prison, Susanville, California, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 5, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, High Desert State Prison

GREETINGS

WE COMMAND that you have and produce the body of JOHNNY LEE SLOAN, inmate no. P77770, in your custody in the hereinabove-mentioned institution, before the United States District Court  at Solano State Prison, on February 12, 2015, at 9:00 a.m., in order that said prisoner may then and there

1  participate in the SETTLEMENT CONFERENCE in the matter of Sloan v. Asunsion, et al, and at the

2  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

3  such order of the above-entitled Court as shall thereafter be made concerning the custody of said

4  prisoner, and further  to produce said prisoner at all times necessary until the termination of the

5  proceedings for which his testimony is required in this Court;

6       Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

7  for the Northern District of California.

8

9  Dated:  January 5, 2015

10                                     RICHARD WIEKING
                                       CLERK, UNITED STATES DISTRICT COURT

11
                                       By: Linn Van Meter
12                                         Administrative Law Clerk

13

14

15  Dated: January 5, 2015                _____

16                                     NANDOR J. VADAS
                                       United States Magis...
17

18



19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JOHNNY LEE SLOAN,                                      No. 3:13-CV-2437 CRB  (NJV)

       Plaintiff,

    v.                                                                      CERTIFICATE OF SERVICE

D. ASUNCION, et al.,

       Defendants.

_____/

      I, the undersigned, hereby certify that on January 5, 2015, I SERVED a true and correct copy

of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,

by depositing said envelope in the U.S. Mail.

Johnny Lee Sloan
P-77770
California State Prison - High Desert
D4-120W
P.O. Box 3030
Susanville, CA 96127

Litigation Coordinator

High Desert State Prison

P.O. Box 750

Susanville, CA  96127-0750

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3