UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHNNY LEE SLOAN, | No. 3:13-CV-2437 CRB  (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE, STATUS CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| D. ASUNCION, et al., | |
| Defendants. | |

Due to the unavailability of CDCR counsel, the settlement conference scheduled in this case for February 12, 2015, at Solano State Prison is HEREBY VACATED and will be rescheduled at a later date. The telephonic status conference set for February 3, 2015, is also HEREBY VACATED.

Finally, the writ of habeas corpus ad testificandum issued January 5, 2015, for the appearance of Plaintiff at the settlement conference is HEREBY VACATED.  Plaintiff shall not be transported.

IT IS SO ORDERED.

Dated: January 28, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHNNY LEE SLOAN, | No. 3:13-CV-2437 CRB (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| D. ASUNCION, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 28, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Johnny Lee Sloan
P-77770
California State Prison - High Desert
D4-120W
P.O. Box 3030
Susanville, CA 96127

Litigation Coordinator
High Desert State Prison
P.O. Box 750
Susanville, CA  96127-0750

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2