**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, JR., P-77770,<br><br>    Plaintiff,<br><br>v.<br><br>D. ASUNCION, et al.,<br><br>    Defendant(s). | No. C 13-02437 CRB (PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Dkt. #88) |

Plaintiff's renewed motion for appointment of counsel under 28 U.S.C. § 1915 is DENIED for lack of exceptional circumstances. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). The court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

The clerk shall terminate the motion in docket number 88.

SO ORDERED.

DATED: February 24, 2015

CHARLES R. BREYER
United States District Judge

N:\Sloan, J.13-2437.deny-counsel2.wpd