**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                              EUREKA DIVISION

8

9   JOHNNY LEE SLOAN,                         No. 3:13-CV-2437 CRB  (NJV)

10          Plaintiff,                        ORDER AND WRIT OF HABEAS
                                              CORPUS AD TESTIFICANDUM
11      v.

12  D. ASUNCION, et al.,

13          Defendants.
    _____/
14

15

16  It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the

    person of JOHNNY LEE SLOAN, inmate no. P77770, presently in custody at High Desert State Prison,
17
    Susanville, California, as the presence of said witness will be necessary at proceedings in the above-
18
    entitled cause and thereafter as may be required
19

20

    Dated: April 2, 2015                      _____
21
                                              NANDOR J. VADAS
                                              United States Magistrate Judge
22

23

24             THE PRESIDENT OF THE UNITED STATES OF AMERICA

    TO:    Warden, High Desert State Prison
25
                                  GREETINGS
26

27  WE COMMAND that you have and produce the body of JOHNNY LEE SLOAN, inmate no. P77770,

    in your custody in the hereinabove-mentioned institution, before the United States District Court  at
28
    Solano State Prison, on May 29, 2015, at 11:00 a.m., in order that said prisoner may then and there

1  participate in the SETTLEMENT CONFERENCE in the matter of Sloan v. Asunsion, et al, and at the

2  termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by

3  such order of the above-entitled Court as shall thereafter be made concerning the custody of said

4  prisoner, and further  to produce said prisoner at all times necessary until the termination of the

5  proceedings for which his testimony is required in this Court;

6      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

7  for the Northern District of California.

8

9  Dated:  April 2, 2015

10                                                 RICHARD WIEKING
                                                   CLERK, UNITED STATES DISTRICT COURT

11
                                                   By: Linn Van Meter
12                                                     Administrative Law Clerk

13

14

15
    Dated: April 2, 2015
16                                                 _____
                                                   NANDOR J. VADAS
17                                                 United S

18

19

20

21

22

23

24

25

26

27

28



United States District Court

For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

2                          UNITED STATES DISTRICT COURT

3                       NORTHERN DISTRICT OF CALIFORNIA

4                                EUREKA DIVISION

5

6    JOHNNY LEE SLOAN,                          No. 3:13-CV-2437 CRB  (NJV)

7            Plaintiff,

8       v.                                      CERTIFICATE OF SERVICE

9    D. ASUNCION, et al.,

10           Defendants.
     _____/
11

12
        I, the undersigned, hereby certify that on April 2, 2015, I SERVED a true and correct copy of
13
     the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below,
14
     by depositing said envelope in the U.S. Mail.
15

16   Johnny Lee Sloan
     P-77770
17   California State Prison - High Desert
     D4-120W
18   P.O. Box 3030
     Susanville, CA 96127
19

20   Litigation Coordinator
     High Desert State Prison
21   P.O. Box 750
     Susanville, CA  96127-0750
22

23

24

25

26                                              /s/ Linn Van Meter
                                                _____
27                                                     Linn Van Meter
                                                   Administrative Law Clerk to
28                                                 the Honorable Nandor J. Vadas