UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY LEE SLOAN,

    Plaintiff,

    v.

D. ASUNCION, et al.,

    Defendants.

Case No.  13-cv-02437-CRB   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on May 29, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X)  Plaintiff, Johnny Lee Soan.

    ( )  Warden or warden's representative

    (X)  Office of the California Attorney General, Trace Maiorino.

    (X)  Other: Patricia Lee for California Department of Corrections and Rehabilitation.

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

    ( X )  The case has been completely settled.

    ( )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

    ( )  The parties are unable to reach an agreement at this time.

1      **IT IS SO ORDERED.**

2   Dated: 6/16/15

                                             NANDOR J. VADAS
                                             United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY LEE SLOAN,

    Plaintiff,

    v.

D. ASUNCION, et al.,

    Defendants.

Case No. 13-cv-02437-CRB   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny Lee Sloan ID: P-77770
California State Prison - High Desert D4-120W
P.O. Box 3030
Susanville, CA 96127

Dated: June 16, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Glori

Honorable NANDOR J. VADAS

3