IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN, JR., P-77770, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> D. ASUNCION, et al., ) <br> ) <br> Defendant(s). ) <br> ) | No. C 13-2437 CRB (PR) <br><br> ORDER |

On May 29, 2015, the parties signed and filed with the court a stipulation of voluntary dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In accordance with the stipulation, the court dismissed the action with prejudice.

But plaintiff has filed a "Request for Entry of Default Judgment" the court construes as a motion to vacate the dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing therefor, defendants shall file a response to the motion by June 30, 2015 and plaintiff may file a reply to defendants' response within fourteen (14) days of the date on which defendants' response is filed.

SO ORDERED.

DATED: June 16, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Sloan, J.13-2437.mtn-vacate.wpd